SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**AUDENCIO LEMUS CARRILLO,**

**Defendant.**

**3:26-cr-00140-AB**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

The defendant worked as a courier and held a large supply of controlled substances for a dispatch style drug trafficking organization (DTO) operating from Mexico. For the defendant's role as a courier, the government recommends a sentence of 15 months imprisonment followed by 5 years of supervised release.

/ / / /

/ / / /

**Factual Background**

**A. The Offense Conduct**

Since January 2023, the DEA is investigating a DTO operating a dispatch style poly drug trafficking conspiracy from Mexico into Oregon and Washington. (PSR ¶¶ 19-21).

Between January and February 2026, a confidential source (CS) purchased approximately 157.8 gross grams of fentanyl pills, 80.4 gross grams of fentanyl powder, and 1,887.7 gross grams of methamphetamine from the dispatcher in Mexico. (PSR ¶ 21). DEA agents determined the dispatcher used a courier who lived in Vancouver, Washington. (*Id.*).

On March 25, 2026, DEA agents instructed the CS to contact the dispatcher to arrange the purchase of two pounds of methamphetamine for $2,600. (PSR ¶ 22). Later that day, the CS agreed to meet a courier in Portland, Oregon. Agents began surveilling the Vancouver residence and saw a blue Nissan sedan leave the location, later confirmed to be driven by the defendant. (*Id.).*

The CS informed the dispatcher that the CS arrived at the meeting location and the dispatcher responded that a courier would arrive shortly. (*Id.*). Agents then observed the defendant reach the meeting location. (*Id.*). The CS entered the defendant's vehicle, where they exchanged 883.3 net grams of methamphetamine located in a box, later confirmed by laboratory testing. (see photo below) (*Id.*). A records check showed that the Nissan was registered to the defendant at the Vancouver, Washington address where they suspected the courier resided. (*Id.*).



On April 2, 2026, DEA agents executed a federal search warrant at the suspected courier address in Vancouver, Washington. Inside, agents found the defendant who was taken into custody without incident. (PSR ¶ 23). A police K-9 alerted to the presence of narcotics in the defendant's bedroom. During the search, agents seized 9,686.2 net grams of actual methamphetamine, 2,291.4 net grams of fentanyl, and 308.3 net grams of heroin, all confirmed through laboratory analysis. (*Id.*). Agents also recovered $18,056 in U.S. currency, three cell phones, and an identification card bearing the defendant's name and photograph. (see photo below) (*Id.*).




**B. The Charges and Plea Agreement**

On July 28, 2026, Defendant pled guilty to Count 1 of the Information which charges Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(l), (b)(l)(A), and 846. (PSR ¶ 1).

### C. Guideline Computations

| Count 1: 21 U.S.C. § 846(a)(1) – Drug Conspiracy | | |
|---|---|---|
| USSG §§ 2D1.1, (a)(5)(A) | Base Offense Level | 30 (reduced from 34) |
| USSG § 3E1.1 (a), (b) | Acceptance of Responsibility | -3 |
| USSG § 2D1.1(b)(18) | Safety Valve | -2 |
| USSG § 4C1.1(a), (b) | Zero-Point Offender | -2 |
| USSG § 3B1.2(a) | Minimal Role | -4 |
| 18 U.S.C. § 3553(a) | | -3 |
| | **Adjusted Offense Level** | 16 |

The United States recommends a three-level reduction under 18 U.S.C. § 3553(a) for waiving indictment, quickly pleading guilty and resolving the case without any pretrial litigation.

### D. Government's Recommended Sentence

The defendant operated as a drug courier for a large-scale DTO operating from Mexico that flooded the area with fentanyl, methamphetamine and heroin. Unfortunately, the defendant's situation is all too common set of circumstances seen in Portland. He is a Mexican citizen that came to the United States unlawfully seeking to make a living in the United States. The defendant's situation caused him to fall into working as a drug courier and selling the products that poison an untold number of Oregonians.

The advisory guideline range is 15 to 21 months, factoring in the recommended departures. While not bound by the Sentencing Guidelines, district courts must consult the guidelines and take them into account when sentencing. *United States v. Booker,* 543 U.S. 220, 125 S. Ct. 738, 767 (2005). The sentencing guidelines are advisory and one of the statutory factors this Court must consider when imposing a sentence. *See* 18 U.S.C. § 3553(a)(4); *United States v. Rita*, 551 U.S. 338, 347-48 (2007). The guideline serves as "the starting point and the initial benchmark" in every sentencing proceeding and "reflect a rough approximation of

sentences that might achieve § 3553(a)'s objectives." *Gall v. United States*, 552 U.S. 38, 49 (2007); *Rita*, 551 U.S. at 350. The guidelines serve as a "lodestone" at sentencing, and "cabin" or "anchor" a sentencing court's discretion. *Peugh v. United States*, 569 U.S. 530, 531 (2013). While advisory, the Supreme Court has observed that, "[c]ommon sense indicates that in general, this system will steer district courts to more within-guidelines sentences." *Id*.

Under the facts of this case, 15-month sentence, coupled with a five-year term of supervised release, and a $100 special assessment, satisfies the requirement of 18 U.S.C. § 3553(a) as a "sentence sufficient, but not greater than necessary" to meet the purposes of § 3553(a)(2).

**E. Conclusion**

Based on the foregoing, the government recommends 15-month sentence, coupled with a five-year term of supervised release.

Dated: October 14, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney